UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN DANIEL STANCIL                                                        PLAINTIFF

VS.                            CIVIL ACTION NO 4:20-CV-1144 JTR

ANDREW M. SAUL
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                        DEFENDANT

## SCHEDULING ORDER

Defendant has filed an answer and transcript of the administrative proceedings. Plaintiff must file a brief on or before **June 14, 2021.** The brief must identify specific points for appeal. **Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute.**

Defendant must file a brief within **forty-two (42) days** of the date Plaintiff's brief is served. Defendant's brief must respond to the issues raised in Plaintiff's brief and may include additional relevant issues.

Each party must serve a copy of their brief on the opposing party the day of filing and file a certificate of service with the brief. Briefs should provide a history of the administrative proceedings and statement of facts and identify specific points for appeal together with relevant law and argument. They should include citations of legal authority in support of arguments made. These citations should include specific page references within the case where the cited point is discussed. Briefs should also include citations to referenced portions of the transcript supporting the party's arguments.

IT IS SO ORDERED, this 29th day of April, 2021.

                                    AT THE DIRECTION OF THE COURT
                                    James W. McCormack, Clerk

                                    By: Tenesha Brown, Deputy Clerk