# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JONATHAN DANIEL STANCIL                                                                 PLAINTIFF

V.                          CASE NO. 4:20-CV-1144-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Jonathan Daniel Stancil, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE