# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JONATHAN DANIEL STANCIL                                                       PLAINTIFF

V.                         No. 4:20-CV-1144-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                DEFENDANT

## ORDER

Before the Court is Plaintiff Jonathan Daniel Stancil's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 22*. The Motion is unopposed. *Doc. 23*.

Plaintiff's attorney, Mickey Stevens, requests a total award of **$4,343.70** (which sum includes 20 attorney hours incurred in 2020–21 at an hourly rate of $216.00; and expenses of $23.70).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 22*) is GRANTED.

Plaintiff is awarded **$4,343.70** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 21st day of September, 2021.

                                                           _____
                                            UNITED STATES MAGISTRATE JUDGE